UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE:                                                              CHAPTER 7

    John J Magre Aka:John Magre          BANKRUPTCY NO. 11-30223-JMS
    1004 Willow Creek Court
    Anchorage, Kentucky 40245
    Debtor

## NOTICE

Comes the creditor, Chrysler Financial Services Americas LLC dba Chrysler Financial FKA DaimlerChrysler Financial. Services Americas. LLC, by counsel and notifies this Court that it is using the following abbreviations in its name. The abbreviation of "CF" will be used for Chrysler Financial. The abbreviation "DC Fin Svcs Amer LLC" will be used for DaimlerChrysler Financial Services Americas LLC.

                MAPOTHER & MAPOTHER, P.S.C.

        BY:   /s/ Justin L. Handshoe
                Justin L. Handshoe
                Counsel for Creditor
                    Mapother & Mapother, P.S.C.
                815 West Market Street
                Suite 500
                Louisville, KY 40202
                859-280-5032

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, Howard Kevin Eddins, Attorney at Law, 3950 Wesport Rd., Louisville, KY 40207, debtor, John J Magre Aka:John Magre, 1004 Willow Creek Court, Anchorage, Kentucky 40245 and to the Trustee, Mark Thomas Miller, 300 1/2 West Maple Street, Nicholasville, KY 40356, U.S. Trustee, 100 East Vine Street, Lexington, KY 40507.

        MAPOTHER & MAPOTHER, P.S.C.

        BY:   /s/ Justin L. Handshoe
                Justin L. Handshoe
                Counsel for Creditor