UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE:                          CHAPTER 7
    John J. Magre             BANKRUPTCY NO. 11-30223-JMS
    Debtor

**APPEARANCE**

\*   \*   \*   \*   \*   \*

Comes now Justin L. Handshoe of MAPOTHER & MAPOTHER,

P.S.C., and enters an appearance on behalf of the Creditor

herein, Ford Motor Credit Company LLC, and requests that all

notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be

sent to counsel at the address set forth below.


                    MAPOTHER & MAPOTHER, P.S.C.


         BY    /s/ Justin L. Handshoe
               Justin L. Handshoe
               Counsel for Creditor
               Mapother & Mapother, P.S.C.
               815 West Market Street
               Suite 500
               Louisville, KY  40202
               (502)638-4961

Y7C ()/11-01238-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent
electronically, or by first class mail to the persons listed
below on the date that this pleading is filed with the court:
debtor's attorney, Howard Kevin Eddins, Attorney At Law, 3950
Westport Road, Louisville, KY  40207, debtor, John J. Magre,
1004 Willow Creek Court, Anchorage, Kentucky  40245, and to
the Trustee, Mark Thomas Miller, 300 1/2 West Maple Street,
Nicholasville, KY 40356.


                              MAPOTHER & MAPOTHER, P.S.C.



                         BY:   /s/ Justin L. Handshoe
                              Justin L. Handshoe
                              Counsel for Creditor

Y7C ()/11-01238-0